1  AKIN GUMP STRAUSS HAUER & FELD LLP
   KAREN J. KUBIN (SBN 71560)
2  580 California Street, Suite 1500
   San Francisco CA 94104
3  Telephone:  (415) 765-9500
   Facsimile:   (415) 765-9501
4
   Attorneys for Defendant
5  ALBERTSONS, INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10
   VICTORIA A. MOORE, individually and on     Case No. C 04 3731 TEH
11 behalf of all other persons similarly situated,
                                               **FURTHER JOINT CASE**
12         Plaintiff,                          **MANAGEMENT STATEMENT**

13         v.                                  Date:   July 11, 2005
                                               Time:   1:30 p.m.
14 ALBERTSONS, INC., a Delaware
   corporation, and DOES 1-25, inclusive,
15
           Defendants.
16

17

18         This Case Management Conference Statement is filed jointly by plaintiff Victoria A. Moore

19 and defendant Albertsons, Inc. in connection with the further Case Management Conference set for

20 July 11, 2005 in the above-captioned action.

21         At the Case Management Conference held January 3, 2005, the Court referred this action for

22 mediation under the Court's ADR Program. The deadline for conducting the mediation was April 4,

23 2005. The mediation was conducted on March 18, 2005 and resulted in a settlement of this action. In

24 the course of documenting the settlement, several issues became disputed and counsel for the parties

25 are currently engaged in discussions about these issues. It is anticipated that they will be resolved and

26 documentation of the settlement will be completed within the next several weeks, upon which the

27 settlement will be submitted to the Court for preliminary approval, certification of a class for purposes

28 of the settlement, and approval of notice to the class of the settlement.

5756435 v1                              1  FURTHER JOINT CASE MANAGEMENT STATEMENT
                                                          (Case No. C 04 3731 TEH)

1  In light of the foregoing, the parties suggest that the Case Management Conference set for
2  July 11, 2005 be continued ~~90 days, to October 11, 2005 or the next date available on the Court's~~
3  ~~calendar.~~ to Monday, October 3, 2005 at 1:30 p.m.

4
5  Dated: July 1, 2005           SCOTT COLE & ASSOCIATES, APC
6
7                                 By /s/ Matthew R. Bainer  Scott Cole
8                                 Attorneys for Plaintiff
                                   VICTORIA A. MOORE
9
10 Dated: July __, 2005           AKIN GUMP STRAUSS HAUER & FELD LLP
11
12                                By /s/
                                   Karen J. Kubin
13                                Attorneys for Defendant
14                                 ALBERTSONS, INC.

IT IS SO ORDERED
/s/ Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5756435 v1                          2   FURTHER JOINT CASE MANAGEMENT STATEMENT
                                              (Case No. C 04 3731 TEH)