IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA A. MOORE, individually, and on behalf of all others similarly situated,

        Plaintiffs,

   v.

ALBERTSON'S, INC.,

        Defendant.

NO. C04-3731 TEH

ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

     The Court is in receipt of Plaintiffs' motion for preliminary approval of class action settlement, provisional certification of a settlement class, approval of the class notice claim form and form of request for exclusion from settlement, and setting a hearing date for final approval of the settlement (hereinafter "the motion for preliminary approval of the settlement"). The Court is also in receipt of Plaintiffs' application for an order shortening time, which Defendant has not opposed.

     Because the settlement agreement and class notice were negotiated between the parties, it appears that Defendant also will not oppose Plaintiffs' motion for preliminary approval of the settlement. Thus, good cause appears to GRANT Plaintiffs' request for an order shortening time. As Plaintiffs observe in their motion, the Court may, but need not, hold a hearing before granting preliminary approval of a class action settlement and provisional class certification.

     After carefully reviewing the settlement papers submitted with the declaration of Matthew R. Bainer, the Court generally finds the agreement to be fair, reasonable, and adequate. The only question in the Court's mind concerns the fees paid to the Claims Administrator and related administrative expenses to be deducted from the maximum payable amount prior to calculating the amounts to be awarded to individual class members. To

address the Court's concerns, the parties shall meet and confer and file a joint statement that sets forth a reasonable estimate of the amount of such administrative fees. This statement shall be filed no later than **Monday, October 31, 2005.**

The parties shall also file by that date a proposed order granting the motion for preliminary approval of the settlement. The hearing on the final approval of the settlement shall be scheduled for a Monday morning at 10:00 AM. Provided that the parties' response to the Court's question regarding administrative fees is satisfactory, the Court will grant the motion for preliminary approval of the settlement without oral argument. The Court shall notify the parties if it deems a hearing on the motion to be necessary.

**IT IS SO ORDERED.**

DATED   10/25/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2