AKIN GUMP STRAUSS HAUER & FELD LLP
KAREN J. KUBIN (SBN 71560)
580 California Street, Suite 1500
San Francisco CA  94104
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501

Attorneys for Defendant
ALBERTSONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA A. MOORE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C 04 3731 TEH<br><br>**FURTHER CASE MANAGEMENT STATEMENT**<br><br>Date:  January 9, 2006<br>Time:  1:30 p.m. |

This Case Management Conference Statement is filed by defendant Albertsons, Inc. in connection with the further Case Management Conference set for January 9, 2006 in the above-captioned action.

On November 3, 2005, the Court entered its Order of Preliminary Approval of Settlement, Certification of Settlement Class, and Appointment of Class Counsel.  The class notice has been mailed in accordance with the Order, and the hearing on final settlement approval is set for February 27, 2006.

In light of the foregoing, defendant suggests that the Case Management Conference set for January 9, 2006 be continued 90 days, to April 10, 2006 or the next date available on the Court's calendar.

Dated: December 30, 2005                    AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Karen J. Kubin

Attorneys for Defendant
ALBERTSONS, INC.

Jan. 3, 2006



IT IS SO ORDERED
Judge Thelton E. Henderson