SCOTT COLE & ASSOCIATES, APC
SCOTT EDWARD COLE (SBN 160744)
CLYDE H. CHARLTON (SBN 127541)
MATTHEW R. BAINER (SBN 220972)
1970 Broadway, Suite 950
Oakland, California 94612
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030

Attorneys for Plaintiff
VICTORIA A. MOORE

AKIN GUMP STRAUSS HAUER & FELD LLP
KAREN J. KUBIN (SBN 71560)
580 California Street, Suite 1500
San Francisco CA  94104
Telephone:   (415) 765-9500
Facsimile:    (415) 765-9501

Attorneys for Defendant
ALBERTSONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA A. MOORE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C 04 3731 TEH<br><br>**ORDER OF FINAL APPROVAL OF SETTLEMENT AND DISMISSING ACTION** |

The Court having considered whether to order final approval of the settlement of the above-captioned action pursuant to the Stipulation of Settlement ("Settlement") filed on or about October 19, 2005, having read and considered all of the papers of the parties and their counsel, having granted preliminary approval on November 3, 2005 and directed that notice be given to all Drug Managers of preliminary approval of the Settlement and the final approval hearing and the right to be excluded from the settlement, and having received no objections to the Settlement, good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Terms used in this Order have the meaning assigned to them in the Settlement.

2. This Court has jurisdiction over the claims asserted in the Litigation by Plaintiff Victoria A. Moore ("Plaintiff"), and over Class Members and Defendant Albertsons, Inc. ("Defendant").

3. The Court hereby makes final the conditional class certification contained in the Order of Preliminary Approval of Settlement, Certification of Settlement Class and Appointment of Class Counsel, and thus makes final for purposes of the Settlement the certification of a class whose members consist of all persons who were employed as Drug Managers by Albertsons, Inc. in one or more of Albertsons' California retail supermarkets and were classified as overtime-exempt employees, who (a) worked in excess of eight hours per workday and/or in excess of forty hours per workweek at any time between July 2, 2000 and the Effective Date and (b) did not receive premium (overtime) pay for all excess hours worked thereby in any given workday or workweek; and all persons employed as Drug Managers by Albertsons, Inc. in one or more of Albertsons' California retail supermarkets who were denied statutorily-mandated meal and/or rest periods at any time between January 1, 2001 and the Effective Date and who did not receive payment therefor, including payment pursuant to California Labor Code §§ 226.7 and/or 512, except for those persons who timely requested to be excluded from the Settlement in accordance with the terms thereof, as reported in the Declaration of the Claims Administrator on file herein.

4.  The Court hereby finds that the Notice of Preliminary Approval of Settlement and Final Approval Hearing and Right to Be Excluded From the Class, as mailed to all Drug Managers on November 18, 2005, fairly and adequately described the proposed Settlement, the manner in which Class Members could object to or participate in the Settlement, and the manner in which Drug Managers could opt out of the Class; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with the Federal Rules of Civil Procedure, due process, and all other applicable laws. The Court further finds that a full and fair opportunity has been afforded to Class Members to participate in the proceedings convened to determine whether the proposed Settlement should be given final approval. Accordingly, the Court hereby determines that all Class Members who did not file a timely and proper request to be excluded from the Settlement are bound by this final Order.

5.  The Court hereby finds that the Settlement is fair, reasonable, and adequate as to the Class, Plaintiff and Defendant, and is the product of good faith, arms-length negotiations between the parties, and further, that the Settlement is consistent with public policy, and fully complies with all applicable provisions of law. Accordingly, the Court hereby finally and unconditionally approves the Settlement and authorizes Defendant to pay the Individual Settlement Amounts and associated tax obligations from the Settlement Amount in accordance with the terms of the Settlement.

6.  Defendant agreed in the Settlement not to object to Plaintiff's request for an enhancement award in the amount of $20,000.00 as payment to her for her service as Plaintiff. The Court has considered Plaintiff's request for an enhancement award and, good cause appearing, hereby grants Plaintiff's request in the amount of $20,000.00 and authorizes Defendant to pay this amount from the Settlement Amount in accordance with the terms of the Settlement.

7.  Defendant further agreed in the Settlement to pay reasonable attorneys' fees to Plaintiff's counsel up to a maximum of $600,000.00, as approved by the Court, and expenses

1  and costs not to exceed $3,500.00, as approved by the Court. The Court has considered
2  Plaintiff's motion for the award of attorneys' fees and costs and, good cause appearing, hereby
3  awards Plaintiff's counsel attorneys' fees in the amount of $600,000.00 and costs in the amount
4  of $3,500.00 and authorizes Defendant to pay such amounts from the Settlement Amount in
5  accordance with the terms of the Settlement.

6      8.  Defendant further agreed in the Settlement to pay from the Settlement Amount
7  the reasonable costs of the Claims Administrator associated with notices to the Class and the
8  administration of the Settlement and all costs associated with distribution of Individual
9  Settlement Amounts to Class Members. Good cause appearing, the Court hereby authorizes
10  Defendant to pay all such amounts not to exceed the aggregate sum of $30,000.00 from the
11  Settlement Amount in accordance with the terms of the Settlement.

12      9.  The Court hereby approves the Notice of Final Approval of Settlement and
13  Claim Form attached to the Settlement as Exhibits D and E, respectively, and directs that such
14  Notice, together with the Claim Form, be given in accordance with the terms of the Settlement.

15      10. The Litigation is hereby dismissed with prejudice; *provided, however,* that
16  without affecting the finality of this Order, the Court hereby retains exclusive and continuing
17  jurisdiction over the Litigation, Plaintiff, all Class Members and Defendant, for purposes of
18  supervising, administering, implementing, interpreting and enforcing this Order and the
19  Settlement.

21  Dated: __03/08/06_____   _____
                                               Thelton E. Henderson
                                               U.S. District Court Judge



IT IS SO ORDERED
Judge Thelton E. Henderson

ORDER OF FINAL APPROVAL OF SETTLEMENT
AND DISMISSING ACTION

1  APPROVED AS TO FORM:

2  AKIN GUMP STRAUSS HAUER & FELD LLP

3

4  By _____
       Karen J. Kubin

5

6  Attorneys for Defendant
   ALBERTSONS, INC.

7

- 4 -

ORDER OF FINAL APPROVAL OF SETTLEMENT
AND DISMISSING ACTION